Frederick Eggers v. Metropolitan Life Insurance Company.— Motion granted, with ten dollars costs. Order filed.

August A. Kimmel v. Lydia Kimmel.— Motion granted, with ten dollars costs. Order filed.

Thomas Gavin v. New York Contracting Company.— Motion granted, without costs. Order filed.

John G. Oldmixon v. Stephen N. Severance and Another.— Motion denied. Order filed.

Dierck Schomacker v. Sophia Michaels.— Motion for leave to appeal to Court of Appeals granted. Order filed.

Sophia Douglas v. Metropolitan Street Railway Company.— Motion granted. Order signed.

John B. Wickery v. Interborough Rapid Transit Company. Annie Duffy v. Interurban Street Railway Company. Herman Berns v. New York City Railway Company. Empire Electric Sign Company v. Otto Strack. Samuel J. Mashkowitz v. Maurice O'Connell. Herman Rossow v. Edward Burke and Another. Ignatz I. Rosenberg v. Randolph Clowes Company. Clara Wolfsohn v. Morris Solomon.— Applications denied, with ten dollars costs. Orders signed.

National Contracting Company v. Hudson River Water Power Company.— Memorandum for counsel.

In the Matter of Rapid Transit Board. Brooklyn and Manhattan Loop.— See memorandum for commissioners and counsel.

In the Matter of Rapid Transit Board. Park Avenue Section.— Order settled. See memorandum per curiam.

Benjamin Altman, Doing Business as B. Altman & Company, Respondent, v. Adele Meroni, Doing Business as Madame Laurent, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham, J., dissenting.) Order filed.

Samuel Fibel, Respondent, v. Noah Kahan, Appellant.— Judgment affirmed, with costs. No opinion. Order filed.

Peter A. Juley, Respondent, v. Town Topics Publishing Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Order filed.

Marshall J. Gasquet, Respondent, v. A. Pennington Whitehead and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Order filed.

James J. Carey, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Order filed.

Sarah S. Kenny, as Administratrix of John H. Kenny, Deceased, Appellant, v. The Central Railroad Company of New Jersey, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

Hans Weniger, Respondent, v. The Fourteenth Street Store, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

Charles G. Cornell, Jr., and Richard W. Underhill, Copartners, Trading under the Firm Name and Style of Cornell & Underhill, Appellants, v. Mary E. Way-